UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand twenty one,

| | |
|---|---|
| 10012 Holdings, Inc, DBA Guy Hepner, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 21-80 |
| v. | |
| Sentinel Insurance Company, Ltd., | |
| Defendant - Appellee, | |
| Hartford Fire Insurance Company, | |
| Defendant. | |

 IT IS HEREBY ORDERED that Amicus Curiae New York City Hospital Alliance, et al motion for leave to participate in oral argument is DENIED.

 For The Court:
 Catherine O'Hagan Wolfe,
 Clerk of Court

